IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-00931-RM-KMT

BEVERLY WOOD,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

## ORDER
_____

This matter is before the Court *sua sponte*. Defendant removed this action from state court after default judgment had entered. Pending before the state court prior to removal were two motions filed by Defendant under the Colorado Rules of Civil Procedure. There was a motion to vacate default and judgment (ECF No. 12), which Defendant has since refiled under the Federal Rules of Civil Procedure (ECF No. 17). There was also a motion to stay execution of the judgment ("Motion to Stay") (ECF No. 13). After reviewing Defendant's Motion to Stay, and noting the differences between the Colorado Rules of Civil Procedure and the Federal Rules of Civil Procedure, the Court finds that the Motion to Stay should address the requirements under the Federal Rules of Civil Procedure, including any security. *See* Fed. R. Civ. P. 62(b); *Miami Int'l Realty Co. v. Paynter*, 807 F.2d 871, 873 (10th Cir. 1986) ("District courts…have inherent discretionary authority in setting supersedeas bonds."). Accordingly, it is

**ORDERED** that Defendant's Motion to Stay (ECF No. 13) is DENIED WITHOUT PREJUDICE with leave to refile under the Federal Rules of Civil Procedure.

DATED this 5th day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge