IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-00931-RM-KMT

BEVERLY WOOD,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

This matter is before the Court upon consideration of Defendant's posting of a Surety Bond in the amount of $260,177.50. (ECF No. 25.) Upon such consideration, and finding compliance with the Order of April 7, 2021 (ECF No. 22), the Court ORDERS as follows:

(1)    Pursuant to Fed. R. Civ. P. 62(b), the Surety Bond submitted by Defendant at ECF No. 25 is hereby APPROVED; and

(2)    Enforcement of the El Paso District Court's judgment (ECF No. 1-10) is STAYED pursuant to Fed. R. Civ. P. 62 until a ruling is made on Defendant's Motion to Vacate (ECF No. 17), unless further extended by the Court.

DATED this 14th day of April, 2021.

BY THE COURT:

/s/ Raymond P. Moore
RAYMOND P. MOORE
United States District Judge